**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01095-CV

### JANOS FARKAS, Appellant

### V.

### AURORA LOAN SERVICES, LLC AURORA BANK FSB, ET AL, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02053-G**

## ORDER

Before the Court is appellant's May 3, 2013 second motion for extension of time to file appellant's reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief received by the Court on May 3, 2013 is **ORDERED** filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE